1
2
3
4
5
6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8
DENNIS R. TURNER,

            Plaintiff,

9

10
v.

COMMISSIONER OF SOCIAL SECURITY,

11
            Defendant.

Case No. C19-5500 RAJ

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

12

13
The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

14
(1)      Plaintiff shall be issued summonses.

15
(2)      Plaintiff is responsible for serving the complaint and summonses, and must file

16
proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may

17
effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a

18
copy of the summonses and complaint, along with plaintiff's identifying information, by email to

19
USAWAW.SSAClerk@usdoj.gov.

20
DATED this 6th day of June, 2019.

21
_____

22
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

23